No. 305. TOWNSHIP OF HILLSBOROUGH ET AL. *v.* CROMWELL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Samuel I. Kessler* for petitioners. *Mr. Shelton Pitney* for respondent.

No. 320. FEDERAL TRADE COMMISSION *v.* A. P. W. PAPER CO., INC. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Acting Solicitor General Judson* for petitioner. *Messrs. Edward H. Green* and *Emery H. Sykes* for respondent.

No. 306. MASON *v.* PARADISE IRRIGATION DISTRICT. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted limited to the question whether any applicable rule requiring equality of treatment among creditors was violated by the difference between the treatment accorded the petitioner and that accorded the Reconstruction Finance Corporation under the approved plan. Petitioner *pro se.* *Mr. P. M. Barceloux* for respondent.